**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17 CV 191**

| | | |
|---|---|---|
| TONYA BEATY, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is before the Court upon Plaintiff's Consent Motion for Payment of Attorney Fees Under the Equal Access to Justice Act (Doc. 19). The parties have agreed that Plaintiff should be awarded $3,800.00 in attorney's fees. (Doc. 19-1 at 2).

After review and consideration of the Motion, the Court is of the opinion that the Motion should be allowed.

IT IS THEREFORE ORDERED THAT:

(1) Plaintiff's Consent Motion for Payment of Attorney Fees Under the Equal Access to Justice Act (Doc. 19) is **GRANTED**, and Plaintiff is awarded attorney's fees in the amount of $3,800.00 ("Fee Award").

(2) As EAJA fees belong to the litigant and are subject to offset under the Treasury Offset Program, see Astrue v. Ratliff, 560 U.S. 586 (2010), the Fee Award shall be paid by Defendant as follows:

a. If Plaintiff has federal debt registered with the Department of Treasury that may be offset by the Fee Award, such amount of the Fee Award as is necessary to satisfy Plaintiff's federal debt shall be so used, up to and including the entire

amount of the Fee Award.

b. The remaining balance of the Fee Award after application of the offset, if any, described above shall be delivered by Defendant to Plaintiff's counsel on behalf of Plaintiff.

Signed: November 16, 2018

W. Carleton Metcalf
United States Magistrate Judge